No. 96–7590. CAFFREY v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 96–7603. MAROZSAN v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–7605. SAWYERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7611. MACK v. CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–7622. CARDENAS CUELLAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7623. CHATRIAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7648. MCDONNELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7653. GENINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7666. NELSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7669. WOOD-EDE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7672. MITCHELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7673. ANDERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7677. DOHERTY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7687. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7688. SHAFFER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.